IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PaTRicK GuilloRY

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

SuRfPoint RecoveRY

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. 24-cv-8711-AMD-LKE
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

I'M SnitchiNg !!
*AND I DON'T
CARE if I get
BeAt uP

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

---

REC'D IN PRO SE OFFICE
DEC 16 '24 PM3:05

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  DEC 16 2024  ★
LONG ISLAND OFFICE

RECEIVED
DEC 16 2024
EDNY PRO SE OFFICE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: *Patrick Guillory, Room 327 B*
Street Address: *Surfpoint Recovery Program*
City and County: *or 2316 Surf Avenue*
State and Zip Code: *Brooklyn, NY, 11224*
Telephone Number: *(347) 727-4800 ext 549*
E-mail Address: *ext 540*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: *Surfpoint Recovery*
Job or Title (if known):
Street Address: *2316 Surf Avenue*
City and County: *Brooklyn, N.Y. 11224*
State and Zip Code:
Telephone Number: *(347) 727-4800*
E-mail Address (if known): *exts. 540 549*

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? *X.) Discrimination*

1.) Retaliation For Filing Grievances
2.) Medicade Fraud upon the Goverment
3.) Whistleblower, I'm Snitching And I Dont care if I get Beat up !!

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached Complaint
I'm Snitching !!
Fraud upon the Court

### III.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Surfpoint Recovery
2316 O' Surf Avenue
Brooklyn, N.Y., 11224
(347) 727-4800 exts 540, 549

B.     What date and approximate time did the events giving rise to your claim(s) occur?

November 15, 2024 to Date

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached Verified Complaint.

I'M Snitching

Fraud upon the Court

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attached Verified
Complaint .....
I'm Snitching
Fraud upon the Court

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.   If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.   Explain the basis for these claims.

See Attached
Verified Complaint.
I'm Snitching
Fraud upon the Court.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-9- , 20 24

Signature of Plaintiff

Printed Name of Plaintiff Patrick Guillory

United States District Court
Eastern District of New York

Patrick Guillory          Case # _____

   Plaintiff,
                      Hon: _____


   — vs —


Surbpoint Recovery

   Defendant

                      December 10, 2024

   Verified Complaint


      I. Jurisdiction

1.) This Court has Jurisdiction over
the Plaintiff and the Defendant
on the ground that Both Reside
within Kings County in
Brooklyn, New York.


              — 1 —

# II. Statement of Facts

2.) On NOVEMBER 15, 2024, I Arrived @ SurePoint Recovery (hereinafter, S.R.) to obtain treatment for MY Substance Use Disorder. i.e. Alchohism.

3.) On NOVEMBER 22, 2024 (or so) I filed A Grievance Against MY Primary Counselor, MS. Jennifer Zenouta on the grounds that she repeatedly failed to MAKE Her Appointments with Me to complete MY treatment Plan.

4.) On NOVEMBER 23, 2024, I Met with Jennifer in Her office And she worked on MY Treatment Plan for About 15 Minutes. A Treatment Plan takes 2 Hours.

5.) Shortly thereAfter, I Went to A Grievance Hearing (supra @ 3) to Address Jennifer's conduct. Note that prior to the Hearing, Ms. Jennifer HAS been investigated by O.N.Y.S. Office of Alchol And Substance Abuse Services (OASAS) And N.Y.S. Justice

— 2 —

Center which governs Counselor's
License to Practice within New
York State.

6.) The grievance Committee Advised
Me that MY "Claims were Valid"
And MY Case and Unfinished
Treatment Plan would be transferred
to the Senior Counselor, MR.
Michel Fox.

7.) ON November 24, 2024, Jennifer
Suspended All MY Calls from
MY Emergency Contact List
And Refused to take Calls from
MY Family until MY Case was
officially Transferred to Michel Fox.
MY Lawyer is on MY emergency
Contact List Also.

8.) On or About December 2nd 2024
I filed Another Grievance on the
Ground that MY Treatment Plan was
still not completed some 18 Days
Later, Note that, this is a 28
Day Program ... I had only 10 Days
to Complete. To Date, while MY
Grievance is Currently ON
File ... I have not had A Hearing
Concerning the said Grievance)

— 3 —

ON the Ground from "Central Compliance"

"You can sign off on your Grievance when you are Discharged."

My Due Process Rights to engage in protected Conduct is Non-existent.

9.) On <u>December 8, 2024</u>, I filed another Grievance on the grounds that "I've been here 24 Days And Alet Coke (Clinical Director) have not signed off on my Treatment Plan." The Clinical Director must sign off on a Treatment Plan to make it valid.

In Retaliation for filing the grievance, the Defendant started suspending All groups which I was NOT Allowed to Attend... 7 Days A week.

i.e. · Smoking Cessations
      · Making Amends
      · Beyond the tears Grief Group
      · Self Care
      · Men's Group

- 4 -



• Sober Living
• Harmony Oin Healing

See Exhibit A

10.) So I was like so what about my
December 2nd and December 8th 2024
grievances .... Will A Hearing Be held And
Disposition Rendered ??.

Again ... "We will get to that Point
when you Are discharged."

See Supra @ 8-9

With the Above in mind, S.L. Grievance
Committee is a Kangaroo Court that HAS
violated my Due Process Rights to
engage in protected Conduct without
Retaliation, nor does the grievance Process
Allow for An Appeal.

11.) Let's Revisit the Fraud upon the Court
via A very true example from
U.S. District Court, Eastern District
of New York.

Here Your Honor ,,, the Chief Judge
of the Eastern District, I HAVE
A few Drug Cases Before the
Court.

— 5 —

12.) As of the week of December 8th 2024:

7 Days a week Staff did not show up to facilitate Group Meetings.

X 50 Clients were not Allowed to get the Help that We Need.

= 350 False Claims to Medicade in one Week.

Amy Said During the Meeting ... "I will be Calling Billing." Too Late for that.... You Busted

13.) On December 9, 2024, @ 10:30 AM the Above Said Meeting took Place with Amy (S.R. Central Compliance Representative from Albany) And M.S. Cheright (S.R. Chief Operating Officer) Whereby Amy Admitted that S.R. Staff did Not facilitate the Meetings Mentioned ... Seven (7) Days a week.

See Supra # 9 and Exhibit A

on the grounds that: "ERRORS ARE MADE"

— 6 —

16.) To the Point, S.R. STAFF ..., AND O.A.S.A.S. Are Printing out Program schedualS whereBy staFF DO NOT even show uP to FACILITATe the ProgramS ..., 7 DAyS A week.

III. Let's MAKe A Deal

17.) I RespectFully AsK the Court to DEMAND of the DefendANt the Sign-in sheets from your FederAL ANKLe BrAcelet inmates Here @ S.R. (OR MySelf) for Just the Seven ClASSeS MentioNeD in the 12-8-2024 GrievANce for the MONTH of DecemBer.

MON - SMOKING CeSSAtioNS
Tue - MAKING AMeNdS
Wed - Beyond the TeArS
Thur - SelF CARe
FRi - Men's Group
Sat - SoBeR LiViNG
Sun - HARMONY In Recovery

See ExhiBit A

~ 7 ~

18.) IMPOSSIBLE, The COURT HAS Been BAMBOOZLED.

19.) IMPOSSIBLE, The U.S. ATTORNEY'S Office HAS Been PRANKED.

20.) IMPOSSIBLE, The U.S. PROBATION Department HAS Been Suckered.

21.) IN FACT, I'M SO COMFORTABLE IN MY position the DEAL IS:

( If the COURT CAN Produce the sign-In Sheets Showing that Groups Were, In FACT, Held .... )

I CONSENT to HAVING the COURT issue AN ORDER to the U.S. MARShAL'S Office FOR MY ARREST. I'll DO Seven DAYS @ MDC w/o issue.

22.) But that Will NeveR HAPPen Because it's NOT Me Who is Being BAMBOOZLED, Pranked, And Suckered.

~ 8 ~

23.) It's the Honorable Courts...
for Believing any and every
Document sent from the Defendant
which sit flat of Facts on
the Desk of Chambers faxed
from Surepoint's Fraudulent
programs of Fiction.

Not only is the Defendant
Getting Rich off of the
Court's Ignorance, the Court
is Actually using the
Defendant's Fraudulent Program
"Schedual ... Liken to a
Pre-Sentence Investigation Report."
Thus, the Court is using
Fraudulent Documents from the
Defendant and Converting the
same into subsequent Judical
Mandates. To the point, it's fraud
upon the Court .... Leading to Fraud
within the Court's Rulings.

IV. Discrimination

24.) The Defendant has a white's
only, no Jews allowed,
Blacks to the Back of the
Bus Discrimination Policy
@ the Point of Admissions.
Let's take a Look :

— 9 —

25.) 99% of White Clients get sent to white counselors.

99% of Black Clients get sent to BLACK COUNSELORS.

99% of Hispanics get sent to BLACK COUNSELORS

26.) When I objected to such RACIST procedures .....,

AMY (Central Compliance from Albany) stated "",, "Well some clients feel more comfortable speaking with someone from their own culture."

* Every white person Here speaks English!! Esp. When its time to eat!

* What a Disrespectful Answer,

~ 16 ~

27.) FOR exAmple, MY BunKey ....
He is white .... TAIK ABout A
cool white Boy. WE TAIK All Night.

In ANy event, MY BunKey (327-A)
...., I'm (327-B). He got HeRe 3
OAYS ARteR Me .... But His
White ~~Privilege gets Him~~ ~~All type of~~ Goodies

Whites get theiR TReatment
PlANS DoNe within 7 OAYS.
BlACKS ANd Jews (Like Me) MnST
wAit 3 weeKS... when it's time to LeAve.
(28 OAY program)
My White BunKey sleeps in Bed
All OAY And MAY HAVE Attended
20 Groups. I'm BlACK And Jewish
.... I Attended oveR 100 Groups ....
Guess whAt .... S.R. BANG oN BlACKS
DooRS oRdeRiNG them to come to
Groups.

* Check this out : Ife you DoN't come
to Group (Being BlACK oR Jewish)
you MuSt
~~Sign A "Grup~~
~~Refusal FoRm."~~

— 11 —

28.) Not if you Are white....,
the Refusal Forms Are only
For Blacks And Jews!

The Court will Be HARd Pressed
to See My white Bunky Name
ON ANY Refusal Form. I should
Know.,.'. He Sleeping !!!

29.) Whites get Referred to Long
Term Treatment Centers in:

Long Island

Ofante Island

And

The HAMPtoNS

Blacks And Jews get Sent
to: 125st (Charlem)
98st (Brooklyn)
And
AnY where in the Bronx

—— 13 ——

The Slums

30.) White Clients get Help with:

✓ Food Stamp Applications
✓ Cash Assistance Applications
✓ Basic HRA Information

Blacks and Jews Get:

"A 2024 'Guide to Benefits' Handbook... the one you get when you get Released from Riker's Island."

31.) Counselor Anna, Who is White is A Great Counselor. She Supports Her White Clients. Meaning

White Counselors Spend 2 to 3 Hours when Counseling White Clients.

Black Counselors Spend 15 Minutes to 20 Minutes with Black Clients.

It's All on Camera which should Be Allowed "In-Camera Review" under the Federal Rules of Civil Procedure.

— 13 —

32.) BlacKS Don't get the Glee of White Power." I Admit that I'm powerless over Alcohol And my Life HAS Become unmanagable. God Grant Me the Serenity to Accept the things I cannot Change.

I'll Just Remember what AMY (Central Compliance from Albany) Stated:

"Well some clients feel more comfortable speaking with someone from their own culture."

AKA.... White Privilege

## V. Relief Sought

1.) $500,000 in ActuAl And Compensatory Damages.

2.) $500,000 in Punitive Damages.

3.) $500,000 in emotional Distress.

— 14 —

4.) AN ORDER from the COURT DiRected to the Defendant to ASCERTAIN AS to WHY....., White COUNSELOR ANNA Spends 2 to 3 HOURS (each session) with White Clients..... While

BLACK COUNSELORS Spend 15 minutes with Negro Jews!

Verification          Patrick Guillory

I, Patrick Guillory, certify that the Above STATEMENTS ARE true and correct to the best My MY belief under PerJURY @ Title 18 U.S. Code. And, MY OWN EYEBALLS!!

— 15 —                          Patrick Guilly

CC RAMALDO V. LEVINE, JULIE LEVINE, EMERG. CONTACT
CC ADRIAN GUILLORY, CO-COUNSEL, EMERG. CONTACT
(MY SISTER)

* Been Here 24 DAYS TOTAL AND A lcf Coke
STILL HAVE NOT SIGNED off on MY TreAtmEnt plan.

# SURFPOINT
RECOVERY

## Surfpoint Recovery & Wellness Services
### Grievance Form

Date of Complaint: 12-8-24
Patient Name: Patrick Guillory

* FRAUD(u)ANT PROGRAM SchEdual ViA OASAS

**Description of Complaint:** Medicade FrAud. SurfPoint is
Billing Medicade For ServicesnOT Provided.
- MON - SmokinG CessAtions?
- TUE - MAKinG AmEnds - HEnry
- WED - BEyond the TEARS - AnnA                X 4 = 28
- THUR - SElfi cARE - Kim                        Groups
- FRi - MEns Group - Sylvester
- SAT - SobER LivinG - Monette          * You CAnt Bill For
- SUN - HARMony in HEAling - Kluke     A ServicE NOT ProvidEd.
   - TODAY 12-8-24            * IT's cAlled Medicade FrAud.

**What Action Would You Like Taken?** Since SurfPoint wAnts to
RetAciAte on me For Billing GriEvAncEs..."DEnyinG
me SErvicEs", SurfPoint cAn ExplAin this in
An "AnswER" to A FEdERAl LAwsAit if it continues.
   Bucket-List: I would Like the U.S. AttornEy
office, N.Y.S. office of the AttornEy GEnERAl,
OASAS & the JusticE Center to conduct An Audit.

**Investigation Results and Corrective Action:** (Facility Action) YOU GUYS ARE
TRYING to SEnd
ME to A ShelteR
NOT HAppEninG

ExHiBit A
ExHiBit I

End
PG

TO: C.O.O. Cherish @ SPR.
TO: Alet Cofe @ S.P.R
TO: Michel Fox @ S.P.R.
FROM: Patrick Guillory
Date: 12/9/24
Subject: CONFIRMATION to
        the Complaint filed w/
the Justice Center.

_____

10123800280690

Issues: ① Medicade Fraud
       ② Retaliation for
Exhibit 1   Filing Grievances
       ③ Trying to Send me
to A Homeless Shelter
AKA Crisis Center...

# Federal Released inmates Might As Well

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| 10:00 AM -10:30AM | | COMMUNITY MEETING OPERATIONS | | COMMUNITY MEETING OPERATIONS | | ACCLIMATING TO RECOVERY MICHAEL | COMMUNITY MEETING OPERATIONS |
| 10:45AM -11:30AM | HARMONY IN HEALING G1 KLONETTE G2 ISBAEL | SMOKING CESSATION G1 RAYMOND G2 ISABEL | CONNECTIONS IN RECOVERY G1 JAMILEX G2 PRISCILLA | HEALING BONDS G1 RITA G2 JAMILEX | LIFE SKILLS JHONNY O | GRIEF TO GOWTH G1 DANIELLE G2 RAYMOND | SATURDAY SOCIAL IN RECOVERY G1 JENNIFER G2 PRISCILLA |
| 1:00PM - 1:30PM | DETOX GROUP G2 JENNIFER | | DETOX GROUP YOGA WITH ISABEL | DETOX GROUP G2 DANIELLE | | DETOX GROUP G2 RAYMOND | |
| 1:45PM - 2:30PM | PATH TO PEACE G1 SARAH G2 LENA | UNITED PERSPECTIVES G1 MERVE G2 CLIFTON | CREATIVE EXPRESSION RITA | BEYOND THE TEARS G1 ANNA G2 JI | MINDFULNESS G1 ISABEL G2 JI | RESILIENCE IN RECOVERY G1 JAMILEX G2 FREDLYNE | ART THERAPY JI |
| 2:45PM- 3:30PM | SUNDAY UPLIFT FRANTZ | STRENGTH IN STABILITY G1 JENNIFER G2 ANNA | TRIUMPH OVER TRAUMA G1 MERVE G2 DANIELLE | STEPS TO SERENITY G1 DAVID G2 DAMAIN | COTI PEER SERVICES WORKSHOP | BRACELET CEREMONY JI & PRISCILLA | MEN'S JEWELRY WORKSHOP FRANTZ |
| 3:45PM- 4:45PM | RECREATION/ FITNESS | THERAPEUTIC REC RITA | YOGA ISABEL | RECREATION / FITNESS | THERAPEUTIC REC RITA | ADL / PERSONAL TIME | RECREATION / FITNESS |
| 7:00PM- 7:45M | AA MEETING | POSITIVE THINKING AMANDA | MAKING AMMENDS HENRY | NA MEETING | SELF-CARE KIM | MEN'S GROUP SYLVESTER | SOBER LIVING KLONETE |

Cut off their Ankle Monitors @ Surepoint... Staff Dont even show up to work!



Patrick Guillory, Room 327-B
Surfpoint Recovery
2316 Surf Avenue
Brooklyn, N.Y.
11224

RECEIVED
PRO SE OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 18 2024 ★
LONG ISLAND OFFICE

Clerk of Court, Pro-Se Office
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y.
11722